Judson T. Pitts (9946)
Wimmer & Pitts, P.C.
11651 S. Harvest Rain Ave.
South Jordan, UT 84095
Email: judsonpitts@hotmail.com
Telephone: (801) 347-5666

*Attorneys for the Plaintiff*

# IN THE UNITED STATES DISTRICT COURT,

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HAROLD VAN ADAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, a wholly owned subsidiary of WELLS FARGO BANK, N.A.,<br><br>    Defendant. | **STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:15-cv-00183-BCW<br><br>Magistrate Judge Brooke C. Wells |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Harold Van Adams ("**Plaintiff**") and Defendant Wells Fargo Home Mortgage ("**Defendant**") hereby stipulate to and jointly move the Court for an order dismissing with prejudice each and every cause of action asserted by Plaintiff against Defendant in the Amended Complaint, as the parties have entered into that certain *Mutual General Release and Settlement Agreement* dated February 24, 2017. Each party shall bear its own costs and attorney fees.

Dated this 8th day of March, 2017.

                                    Wimmer & Pitts, P.C.

                                    /s/: Judson T. Pitts
                                    Judson T. Pitts
                                    *Attorneys for the Plaintiff*

25578546

Dated this 8th day of March, 2017.

                                    SNELL & WILMER L.L.P.

                                    /s/: Bret R. Evans_____
                                    Amy F. Sorenson
                                    Amber M. Mettler
                                    Bret R. Evans

                                    *Attorneys for Defendant Wells Fargo Home Mortgage*