IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HAROLD VAN ADAMS,<br><br>                Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, a wholly owned subsidiary of WELLS FARGO BANK, N.A.,<br><br>                Defendant. | **ORDER GRANTING STIPULATED AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:15cv00183-BCW<br><br>Magistrate Judge Brooke Wells |

Pursuant to the stipulated motion of the parties, and good cause appearing,

IT IS HEREBY ORDERED that all causes of action as set forth by Plaintiff against Defendant in the Amended Complaint are hereby DISMISSED with prejudice, each party to bear their respective costs and attorneys' fees.

DATED this 14 March 2017.

_____
Brooke C. Wells
United States Magistrate Judge